01

02

03

04

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| 07 LARRY RAY MORRISON, | ) | CASE NO.: C06-1609-TSZ-MAT |
| | ) | |
| 08     Petitioner, | ) | |
| | ) | |
| 09     v. | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| 10 MAGGIE MILLER-STOUT, | ) | EXTENSION OF TIME TO ANSWER |
| | ) | PETITION |
| 11     Respondent. | ) | |
| _____ | ) | |

12

13        Respondent has filed a motion for an extension of time to file an answer to petitioner's

14 habeas petition.  (Dkt. #11).  Respondent cites difficulty in obtaining the state court records as

15 reason for the extension.  (*Id.*)  Having reviewed the motion and the balance of the record, the

16 Court does hereby find and ORDER:

17        (1)        Respondent's motion for an extension of time (Dkt. #11) is GRANTED.

18 Respondent shall file her answer no later than **February 1, 2007.**   On the face of the answer,

19 respondent shall note it for consideration on the fourth Friday after filing.  Petitioner may file and

20 serve a response no later than the Monday immediately preceding the Friday designated for

21 consideration of the matter, and respondent may file and serve a reply no later than the Friday

22 designated for consideration.

ORDER GRANTING RESPONDENT'S MOTION FOR
EXTENSION OF TIME TO ANSWER PETITION
PAGE -1

01        (2)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02   respondent, and to the Honorable Thomas S. Zilly.

03        DATED this <u>8th</u> day of January, 2007.

04

                                        Mary Alice Theiler
05                                      United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING RESPONDENT'S MOTION FOR
EXTENSION OF TIME TO ANSWER PETITION
PAGE -2