01
02
03
04

05                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07  LARRY RAY MORRISON,              )   CASE NO.: C06-1609-TSZ-MAT
                                     )
08         Petitioner,               )
                                     )
09         v.                        )   ORDER GRANTING PETITIONER'S
                                     )   MOTION FOR EXTENSION OF TIME
10  MAGGIE MILLER-STOUT,             )   TO FILE RESPONSE
                                     )
11         Respondent.               )
    _____)
12

13    Petitioner has filed a motion for an extension of time to file a response to respondent's

14 answer to petitioner's habeas petition. (Dkt. #17). Petitioner asserts that his copy of the answer

15 was mishandled by the United States Postal Service and was consequently delivered in poor

16 condition. He therefore requests that he be sent another copy of the answer and that he be given

17 more time to file a response. (*Id.*) Having reviewed the motion and the balance of the record, the

18 court does hereby find and ORDER as follows:

19    (1)    Petitioner's motion for an extension of time and request for another copy of the

20 answer (Dkt. #17) are GRANTED. Respondent shall send petitioner a copy of the answer and

21 state court record within 7 days from the date of this Order. Petitioner may file a response to the

22 answer no later than **March 12, 2007**, and respondent may file a reply no later than March 16,

ORDER GRANTING PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE
PAGE -1

2007.

    (2)    The Clerk shall RENOTE the habeas petition for consideration on **March 16, 2007** and shall send a copy of this Order to petitioner, to counsel for respondent, and to the Hon. Thomas S. Zilly.

DATED this 16th day of February, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE
PAGE -2