06-CV-01609-ORD

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SA   AUG 15 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY RAY MORRISON,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C06-1609Z

ORDER DENYING
CERTIFICATE OF
APPEALABILITY

THIS MATTER comes before the Court on petitioner's application for a certificate of appealability, docket no. 25. For the reasons stated in the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 20, and adopted by the Court in its Order Denying § 2254 Petition, docket no. 22, petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Accordingly, petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

DATED this 13th day of August, 2007.

            Thomas S. Zilly
            United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY - 1